CHARLES SMEDLEY III
(Name)

P.O. BOX 799004 (4-GYM-1984)
(Address)

SAN DIEGO, CA 92479
(City, State, Zip)

V19545
(CDC Inmate No.)

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  Pro Se ___

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

CHARLES SMEDLEY III,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

C/O G. REID,
MTA WILLIAMS,
_____,
_____,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 1602 BTM BLM

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
PLAINTIFF ASSERTS JURISDICTION PURSUANT TO 28 U.S.C. § 1343.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, CHARLES SMEDLEY
(print Plaintiff's name)
V19545, who presently resides at R.J.D.C.F. / P.O. BOX 799004
(mailing address or place of confinement)
RICHARD J. DONOVAN CORRECTIONAL FACILITY, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at R.J.D.C.F.

R.J.D.C.F. / ROCK MOUNTAIN   on (dates) 12-22-06, 12-22-06, and _____.
(institution/place where violation occurred)       (Count 1)     (Count 2)    (Count 3)



§ 1983 SD Form
(Rev. 4/06)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>C/OG. REID</u> resides in <u>SAN DIEGO</u>,
            (name)                                    (County of residence)

and is employed as a <u>CORRECTIONAL OFFICER</u>. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>DEFENDANT WAS DELIBERATELY INDIFFERENT TO PLAINTIFF'S HEALTH & SAFETY STEPPING OUTSIDE OF BOUNDS OF TRAINING BY CLOSING CELL DOOR ON PLAINTIFF'S HEAD & LEAVING IT THERE. AN INMATE PULLED DOOR OPEN.</u>

Defendant <u>MR. WILLIAMS</u> resides in <u>SAN DIEGO</u>,
            (name)                                    (County of residence)

and is employed as a <u>MEDICAL TECHNICAL ASSISTANT</u>. This defendant is sued in
                         (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>DEFENDANT WILLIAMS WAS DELIBERATELY BIAS & INDIFFERENT TO PLAINTIFF'S MEDICAL NEEDS WHEN FAILED TO GIVE A THOROUGH EXAM, THEREFORE FILING A FALSE "7219" MEDICAL REPORT OF INJURY.</u>

Defendant _____ resides in _____,
        (name)                                (County of residence)

and is employed as a _____. This defendant is sued in
             (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

Defendant _____ resides in _____,
        (name)                                (County of residence)

and is employed as a _____. This defendant is sued in
             (defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8TH & 14TH AMENDMENT.
(E.g., right to medical care, access to courts,
ADEQUATE MEDICAL CARE & FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ON DECEMBER 22, 2006 AT APPROXIMATELY 6:00 PM, C/O G. REID POSSESSED SOLE CONTROL OF THE CELL DOORS AND WITHOUT WARNING AS WE SPOKE TO EACH OTHER, HE CLOSED MY HEAD IN THE DOOR, IGNORED MY SCREAMS, C/O CROWE'S SCREAMS, AND LEFT ME IN EXCRUCIATING PAIN. DUE TO C/O G. REID NOT BEING RESPONSIVE, AN INMATE THAT HAPPENED TO BE ON THE TIER PHYSICALLY PULLED THE DOOR OPEN. THAT EVENING I WAS TAKEN TO THE MTA WHERE MR. WILLIAMS (MTA ON DUTY), SAID HE COULD SEE NO PHYSICAL DAMAGE. THE INJURY HAS CAUSED ME IRREPARABLE HARM, FROM CONSTANT PAIN TO NEEDING A MOOD STABILIZER ESPECIALLY FOR ANXIETIES WITH AUTHORITIES.

§ 1983 SD Form
(Rev. 4/06)

3

<u>Count 2</u>: The following civil right has been violated: __8TH AMENDMENT, FREEDOM__
(E.g., right to medical care, access to courts,
__FROM CRUEL & UNUSUAL PUNISHMENT__
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

MEDICAL TECHNICAL ASSISTANT WILLIAMS WAS ON DUTY APPROXIMATELY 8:00 PM ON DECEMBER 22, 2006 WHEN I WAS TAKEN TO THE MEDICAL BUILDING ON YARD #4 OF RJDCF AFTER HAVING MY HEAD CLOSED IN A CELL DOOR. MR. WILLIAMS ASKED ME WHAT HAPPENED AND WHEN I TOLD HIM AN OFFICER CLOSED MY HEAD IN THE CELL DOOR, HE RESPONDED BY SAYING HE DIDN'T BELIEVE THAT. ALTHOUGH HE FELT WHERE THE SWELLING WAS ON MY HEAD & JAW, HE ONLY CIRCLED THE TWO AREAS ON THE REPORT AND MARKED "PAIN". HE REFUSED TO TAKE THE EXAM ANY FURTHER THEREFORE his "7219" WAS FALSE.

Count 3: The following civil right has been violated: N/A
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.] N/A

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____N/A_____

Defendants: _____N/A_____

(b) Name of the court and docket number: _____N/A_____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____N/A_____

(d) Issues raised: _____N/A_____

(e) Approximate date case was filed: _____N/A_____
(f) Approximate date of disposition: _____N/A_____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

PLAINTIFF COMPLIED WITH MANDATES OF PLRA WITH RESPECT OF ATTEMPTING TO EXHAUST AVAILABLE ADMINISTRATED REMEDIES, HOWEVER, PLAINTIFF WAS TRANSFERRED TO "PLEASANT VALLEY" STATE PRISON. PLAINTIFF SOUGHT TO TRACK APPEALS AND ALSO WROTE TO DIRECTOR OF CORRECTIONS IN MAKING A GOOD FAITH EFFORT TO COMPLY TO NO AVAIL.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ___N/A___

_____

_____

_____

2. Damages in the sum of $ 200,000.00

3. Punitive damages in the sum of $ 200,000.00

4. Other: _____

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

09.09.08
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 4/06)

7

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1983, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Charles Smedley

**DEFENDANTS**

Reid, et al

*[Stamps: FILING FEE PAID Yes / No; IFP MOTION FILED Yes ✓ No; COPIES SENT TO Court / Pro Se; FILED AUG 29 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY]*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Charles Smedley
PO Box 799004
San Diego, CA 92179
V-19545

**ATTORNEYS (IF KNOWN)**

'08 CV 1602 BTM BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE: 8/29/2008

SIGNATURE OF ATTORNEY OF RECORD: R. Smedley

CR