CHARLES LEE SMEDLEY III
PLAINTIFF/PETITIONER/MOVANT'S NAME

V19545
PRISON NUMBER

RICHARD J. DONOVAN CORRECTIONAL FACILITY
PLACE OF CONFINEMENT

P.O. BOX 799004 (4.18.134U)
ADDRESS

**FILED**
AUG 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

# United States District Court
## Southern District Of California

CHARLES LEE SMEDLEY III,
Plaintiff/Petitioner/Movant

v.

C/O Cp. REID & M.T.A. WILLIAMS
Defendant/Respondent

Civil No. **'08 CV 1602 BTM BLM**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, CHARLES LEE SMEDLEY III, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☑ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration RICHARD J. DONOVAN CORRECTIONAL FACILITY
   Are you employed at the institution?        ☐ Yes ☑ No
   Do you receive any payment from the institution?   ☐ Yes ☑ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                          K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. PLAINTIFF HAS BEEN SELF EMPLOYED AS A TATTOO ARTIST SINCE 2002 WHEN HIS COMMERCIAL DRIVER'S LICENSE WAS SUSPENDED

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __N/A__

4. Do you have any checking account(s)?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __N/A__
   b. Present balance in account(s): __N/A__

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): __N/A__
   b. Present balance in account(s): __N/A__

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
   a. Make: __N/A__  Year: __N/A__  Model: __N/A__
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? __N/A__

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE AT PRESENT TIME._

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _N/A_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _NONE_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _PLAINTIFF IS A WARD OF THE STATE OF CALIFORNIA AND AS SUCH CDCR PROVIDES BASIC DAY-TO-DAY NEEDS._

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____     _____
DATE                                                SIGNATURE OF APPLICANT

If you are a **prisoner**, you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __CHARLES LEE SMEDLEY__,
(NAME OF INMATE)

__V19545__,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

__(RJDCF) Richard J. Donovan Correctional Facility__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0__,

and the *average monthly deposits* to the applicant's account was $ __.30__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____   _____
DATE                     SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                         _____
                         OFFICER'S FULL NAME (PRINTED)

                         _____
                         OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __CHARLES LEE SMEDLEY III / V19545__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____          _____/s/ Charles Smedley_____
DATE                              SIGNATURE OF PRISONER

## CERTIFED STATEMENT OF TRUST ACCOUNT

I, CHARLES SMEDLEY, V19545, 4.18.320 u  RC
Name:              CDC #:         Housing Unit:

am seeking to bring a civil action or appeal a judgment in the
U.S. DISTRICT COURT without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U. S. C. 1915 (a) (2).

Enter the caption for the legal action:
CHARLES SMEDLEY     v.   C/O RIED
Plaintiff:                          Defendant:

Address of the Court:        880 C STREET
                             SAN DIEGO, CA
                                       92050

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution.

_[signature]_
Inmate Signature:

---

### Library Section

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting Office at the Institution for processing.

The Inmate request for Certified Statement of Trust Account was received in the Central Library on, 8-15-08, by E. SIMON (_[signature]_)
                                 Date:              Name of Librarian who logged request:

---

### Accounting Section

A Certified Statement of the inmates Trust Account for a six month period from 02-01-2008 through 8-19-2008, for the above identified inmate was processed through the R. J. Donovan Accounting Office on, 8-19-2008, by C. Rodriguez, and forwarded to the
Date:              Name of Accounting Staff processing statement:
Litigation Coordinators Office.

---

### Counselor Section

I, NC GUARACHA _[initials]_ declare that on, 8-26-2008, I
Name of Counselor processing:                Date:
forwarded the Certified Statement of the Trust Account to the mailroom for processing through the United States Postal Service addressed as indicated on the envelope filled out by the above inmate.

```
REPORT ID: TS3030 .701                           REPORT DATE: 08/19/08
                                                      PAGE NO:      1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             R.J.DONOVAN CORR. FACILITY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 19, 2008

ACCOUNT NUMBER  : V19545              BED/CELL NUMBER: P41800000000320U
ACCOUNT NAME    : SMEDLEY, CHARLES LEE    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

02/01/2008    BEGINNING BALANCE                                              0.00

03/12*DD30 CASH DEPOSIT      4796/R&R              63.00                    63.00
03/18 FC04 DRAW-FAC 4        4910/F43RD                         63.00        0.00
03/21*DD30 CASH DEPOSIT      5032/GBDF              1.90                     1.90
04/10*DD30 CASH DEPOSIT      5416/POBOX            45.00                    46.90
04/15 FC04 DRAW-FAC 4        5484/F42ND                         46.00        0.90
04/18 W502 POSTAGE CHARG     5590/MAR08                          0.58        0.32
05/13*DD30 CASH DEPOSIT      6083/POBOX            45.01                    45.33
05/13 FC04 DRAW-FAC 4        6078/F42ND                         45.00        0.33
08/14 W536 COPAY CHARGE      0916/COPAY                          0.33        0.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/08/02                    CASE NUMBER: SCD150868
COUNTY CODE: SD                             FINE AMOUNT: $    200.00

   DATE        TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE


02/01/2008     BEGINNING BALANCE                                   168.15

03/12/08       DR30      REST DED-CASH DEPOSIT      70.00-          98.15
03/21/08       DR30      REST DED-CASH DEPOSIT       2.09-          96.06
04/10/08       DR30      REST DED-CASH DEPOSIT      50.00-          46.06
05/13/08       DR30      REST DED-CASH DEPOSIT      46.06-           0.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/08/04                    CASE NUMBER: SCD171107
COUNTY CODE: SD                             FINE AMOUNT: $    200.00

   DATE        TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE


02/01/2008     BEGINNING BALANCE                                   200.00
```

```
REPORT ID: TS3030 .701                          REPORT DATE: 08/19/08
                                                       PAGE NO:      2

                        R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 19, 2008

ACCT: V19545      ACCT NAME: SMEDLEY, CHARLES LEE      ACCT TYPE: I


                     * RESTITUTION ACCOUNT ACTIVITY *

DATE SENTENCED: 01/08/04                   CASE NUMBER: SCD171107
COUNTY CODE: SD                            FINE AMOUNT: $    200.00

   DATE    TRANS.   DESCRIPTION              TRANS. AMT.    BALANCE
   ----    ------   -----------              -----------    -------
 05/13/08   DR30    REST DED-CASH DEPOSIT         3.94-      196.06


       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL       TOTAL       CURRENT    HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS BALANCE    BALANCE    TO BE POSTED
   ---------    --------    ----------- --------   --------   -------------
      0.00       154.91       154.91      0.00       0.00          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 8-19-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICER

```
                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                 0.00
                                              ---------
```

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, CHARLES SMEDLEY V79595 DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 5TH DAY OF AUGUST, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) _____
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, _____, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _____

ON _____, I SERVED THE FOREGOING:

_____

(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _____        (DECLARANT/PRISONER)